1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTINE E. NICHOLS,                               )
                                                    )  CIVIL NO. C04-5650RBL
              Plaintiff,                            )
                                                    )  ORDER FOR SENTENCE SIX REMAND
vs.                                                 )
                                                    )
JO ANNE B. BARNHART,                                )
                                                    )
Commissioner of Social Security,                    )
                                                    )
              Defendant.                            )

 

Based on the stipulation of the parties, it is ORDERED that the Commissioner's

30
31 decision in regard to Plaintiff's application for Social Security benefits is reversed and
32
33 remanded under sentence six of 42 U.S.C. § 405(g), because the transcript of the
34
35 administrative hearing is incomplete.
36
37        DATED this 22nd day of April, 2005.
38
39
40
41                        RONALD B. LEIGHTON
42                        UNITED STATES DISTRICT JUDGE
43
44
45

ORDER FOR SENTENCE SIX        REMAND

[C04-5650RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

1
2
3
4   Recommended for Entry:
5
6
7   */s/ J. Kelley Arnold*
8   J. Kelley Arnold
9   UNITED STATES MAGISTRATE JUDGE
10  Presented by:
11
12
13  S/AMY M. GILBROUGH
14  AMY M. GILBROUGH,
15  Attorney for Plaintiff
16
17
18
19
20
21
22
23
24
25

30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER FOR SENTENCE SIX        REMAND

[C04-5650RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055